UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SLATTERY, | No. 2:20-cv-0058 WBS DB PS |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

On February 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed February 13, 2023 (ECF No. 29) are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 26) is granted;

3. The Commissioner's decision is affirmed; and

4. The Clerk of the Court is ordered to enter judgment for defendant and close this case.

Dated:  March 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

\slattery0058.jo